UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06789-ODW (JPRx) | Date | November 25, 2025 |
| Title | *Seizure of Cryptocurrency Assets of Bruce Choi et al v. United States of America* | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge |

| | | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

On October 24, 2025, after Plaintiff Bruce Choi failed to serve Defendant United States of America, the Court extended Choi's deadline to serve Defendant to November 21, 2025. (Dkt. No. 58.) The Court noted that "[t]he Court will not grant further extensions." *Id.* Since then, the Court has received no further response from Plaintiff, and more importantly, no proof of service. Accordingly, the Court **DISMISSES** this action without prejudice. *See* Fed. R. Civ. Proc. 4(m). The pending Petition is **DENIED AS MOOT**. (Dkt. No. 44.) The Clerk of the Court shall close the case.

_____ : 00

Initials of Preparer SE